Case No. 21-13116

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

FEDERAL TRADE COMMISSION,
*Plaintiff-Appellee,*

v.

STEVEN J. DORFMAN,
*Defendant-Appellant.*

_____

On Appeal from the United States District Court for the
Southern District of Florida, Case No. 18-cv-62593-DPG

**APPELLEE-RECEIVER'S MICHAEL I. GOLDBERG'S NOTICE
OF INTENT NOT TO FILE AN ANSWER BRIEF**

Christopher S. Carver, Esq.
Florida Bar No. 993580
christopher.carver@akerman.com
**AKERMAN LLP**
201 East Las Olas Boulevard – Suite 1800
Fort Lauderdale, FL 33301
Tel.: 954-463-2700
Fax: 954-463-2224

*Counsel for Receiver Michael I. Goldberg*

# APPELLEE-RECEIVER'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and 11th Cir. R. 26.1-1, Receiver-Appellee Michael I. Goldberg, as court-appointed receiver over defendants/appellees Simple Health Plans LLC, Health Benefits One LLC, Health Center Management LLC, Innovative Customer Care LLC, Simple Insurance Leads LLC, Senior Benefits One LLC, and their subsidiaries, affiliates, successors, and assigns (the "Receiver"), certifies that, in addition to the persons listed in Appellant Steven J. Dorfman's Opening Brief, the following trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations may have an interest in the outcome of this appeal:

1. Akerman LLP – Receiver/Counsel for Receiver
2. Crespo, Janelly – Counsel for Defendant-Appellant
3. Gershoni, Elan – Former Counsel for Defendant-Appellant
4. Grossman, Bradley – FTC Attorney
5. Levit, Joan – Former Counsel for Receiver
6. Marcus, Joel – FTC Attorney
7. Mukerjee, Purba – FTC Attorney
8. Peoples, Gera – Former Counsel for Receiver
9. QBE Insurance Corp. – Intervenor-Defendant

10. Raschke, Erin Maureen – Counsel for QBE Insurance Corp.

11. Surgeon, Naim – Former Counsel for Receiver

QBE Insurance Group, Ltd. (QBE), is a publicly traded corporation. The Receiver further states that, to the best of his knowledge, no other publicly traded company or corporation has an interest in the outcome of this case or appeal.

Appellee-Receiver Michael I. Goldberg, as court-appointed receiver over defendants/appellees Simple Health Plans LLC, Health Benefits One LLC, Health Center Management LLC, Innovative Customer Care LLC, Simple Insurance Leads LLC, Senior Benefits One LLC, and their subsidiaries, affiliates, successors, and assigns (the "Receiver"), provides notice to the Court and to Appellant Steven Dorfman and Appellee the Federal Trade Commission that the Receiver does not intend to file a brief in this appeal.

Respectfully submitted,

AKERMAN LLP
201 East Las Olas Boulevard – Suite 1800
Fort Lauderdale, FL  33301
Tel.: 954-463-2700
Fax: 954-463-2224

By: s/ *Christopher S. Carver*
    Christopher S. Carver
    Florida Bar No. 993580
    christopher.carver@akerman.com

*Counsel for Receiver Michael I. Goldberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 25, 2022, I electronically filed *Appellee-Receiver's Michael I. Goldberg's Notice of Intent Not to File an Answer Brief* with the Clerk of the Court by using the ECF system. I also certify that the foregoing document is being served this day via transmission of Notices of Electronic Filing generated by ECF or via e-mail to all counsel of record.

    *s/ Christopher S. Carver*
    Attorney